# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-mj-00165-DUTY |
| CAROLINE JOANNE HERRLING ) | |
| ) | |
| *Defendant* ) | |

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1-17-23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)                Waiver of a Preliminary Hearing