UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __23 MJ 165__   CourtSmart __CS 01/24/23__   Date: __January 24, 2023__

Present: The Honorable __Patricia Donahue__, U.S. Magistrate Judge

| __Isabel Verduzco__ | __Andrew Brown__ | __N/A__ |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. __CAROLINE JOANNE HERRLING__

Attorney Present for Defendant: Alex Kessel (via Zoom)

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present      ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**I. PROCEEDINGS:**   ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
   ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
   ☐ FURTHER PROCEEDINGS RE _____

☐ Process   ☐ received   ☐ not received
☐ Witness(es) CST   ☐ Exhibits Marked   ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.   ☐ Process received.   ☐ Process not received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____.
    ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**    ☑ Contested detention hearing is held.
☑ Government's request for detention is:   ☑ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Counsel stipulate to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST   ☐ Exhibits Marked   ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☑ Court orders case continued to __2/21/23__ at __11:30__ ☑ a.m. ☐ p.m. for __PIA__
   before Judge __duty judge__ in courtroom __880__.
☑ Other: __Court hears argument from Counsel.__

I. _____ : _____
II. _____ : 50
Deputy Clerk Initials __IV__

M-50 (11/21)   MINUTES - RULE 5/20 HEARING / DETENTION HEARING