```
                                          F I L E D
                                    CLERK, U.S. DISTRICT COURT
                                          2/10/2023
                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: ___VAV___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00059-MEMF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession of Controlled Substances with the Intent to Distribute; 18 U.S.C. § 982(a)(2): Criminal Forfeiture] |
| CAROLINE JOANNE HERRLING, aka "Carrie Phenix," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2020, and continuing through at least January 12, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant CAROLINE JOANNE HERRLING, also known as "Carrie Phenix," and others, conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant HERRLING and her co-conspirators would

steal the identities of mostly elderly victims who owned real property.  Defendant HERRLING and her co-conspirators would forge power of attorney forms so that defendant HERRLING could pretend to act on behalf of her victims when stealing their real estate and savings and investment accounts.  Defendant HERRLING and her co-conspirators would dispose of the bodies of some of their victims in order to make it appear that they were still alive and supported the actions defendant HERRLING wanted to take with their assets.  Defendant HERRLING would also attempt to hide the death of one of her victims by hiring persons to impersonate him, and to falsely claim to have seen him alive. Defendant HERRLING and her co-conspirators used interstate wires to defraud their victims throughout this conspiracy.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

Beginning in or before 2020, and continuing through at least January 12, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant CAROLINE JOANNE HERRLING, also known as "Carrie Phenix," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name of victim C.W. on or about January 12, 2023, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

Beginning on an unknown date, and continuing through at least January 12, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant CAROLINE JOANNE HERRLING, also known as "Carrie Phenix," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin and psilocybin, Schedule I controlled substances, and methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[18 U.S.C. § 982(a)(2)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendant CAROLINE JOANNE HERRLING ("defendant"), that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982(a)(2), in the event of defendant's conviction of the offenses set forth in either of Counts One or Two of this Information.

2. The defendant, if so convicted, shall forfeit to the United States the following property:

    a. All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, without limitation:

        i. the real property with Assessor's Parcel Number 2005-012-003, commonly known as 8361 Woodlake Avenue, West Hills, California 91304, with title held by CAROLINE HERRLING; and

    b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph

5

1 or any portion thereof (a) cannot be located upon the exercise
2 of due diligence; (b) has been transferred, sold to, or
3 deposited with a third party; (c) has been placed beyond the
4 jurisdiction of the court; (d) has been substantially diminished
5 in value; or (e) has been commingled with other property that
6 cannot be divided without difficulty.

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section