ALEX R. KESSEL (State Bar No. 110715)
RYAN V. KINDERMAN (State Bar No. 239483)
LAW OFFICES OF ALEX R. KESSEL
15910 Ventura Blvd.
Suite 1030
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**CAROLINE HERRLING**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CAROLINE HERRLING**<br><br>Defendant. | Case No.: 2:23-cr-00059<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

Please take notice that defendant, **Caroline Herrling**, by and through her attorney ALEX R. KESSEL, hereby associates in as counsel, RYAN V. KINDERMAN, in the above captioned case. The contact information is as follows:

Ryan V. Kinderman (SBN 239483)
Law Offices of Alex R. Kessel
15910 Ventura Blvd. Suite 1030
Encino, CA 91436
Tel. (818) 995-1422
Fax. (818) 788-9408
E-mail: KesselLawFirm@gmail.com

I hereby consent to the above association of counsel.

DATED: February 17, 2023.

/s/ RYAN V. KINDERMAN
RYAN V. KINDERMAN
Attorney for Defendant,
**CAROLINE HERRLING**

I hereby consent to the above association of counsel.

DATED: February 17, 2023.

/s/ ALEX R. KESSEL
ALEX R. KESSEL
Attorney for Defendant,
**CAROLINE HERRLING**