# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00059       Recorder: CS 02/21/2023       Date: 02/21/2023

Present: The Honorable Pedro V. Castillo, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez       Assistant U.S. Attorney: Jeremy Beecher

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| CAROLINE JOANNE HERRLING<br>CUSTODY-PRESENT | ALEX R. KESSEL, S/A by RYAN V. KINDERMAN<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge Maame Frimpong.
It is ordered that the following date(s) and time(s) are set:
     Jury Trial 4/4/2023 at 8:30 AM
     Status Conference 3/09/2023 at 2:00 PM
     Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 5 days.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: MR by TRB

cc: Statistics Clerk, PSALA USMLA