# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: LA CR 23-00059-MEMF                             Date: March 2, 2023

Present: The Honorable   Maame Ewusi-Mensah Frimpong  , ☑ District Judge / ☐ Magistrate Judge

| Kelly Davis | Miriam Baird | n/a | Andrew Brown |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Caroline Joanne Herrling | Alex Kessel |
| ☑ Custody ☐ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One  of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to JULY 7, 2023 at 10:00 a.m.  for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for 03/09/2023  is off calendar as to defendant  only  .
☑ Court orders:
  Transcript for this hearing is sealed.

☑ Other: No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

: 43

Initials of Deputy Clerk  kd

cc:   Probation Office

CR-08 (09/09)                    **CRIMINAL MINUTES - CHANGE OF PLEA**