E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-0142
     E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00059-MEMF |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS |
| v. | |
| CAROLINE JOANNE HERRLING, aka "Carrie Phenix," | |
| Defendant. | |

   Pursuant to Section 405.22 of the California Code of Civil Procedure, plaintiff United States of America hereby files with the court a copy of the notice of pendency of action (hereinafter the "Lis Pendens") which was recorded against the real property at the Office of the County Recorder for Los

1

Angeles County.  A copy of the recorded Lis Pendens is attached hereto as Exhibit "A".

DATED:  March 17, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA