# FOR REFERENCE ONLY: 20230168033

**Recording Requested By: Simplifile**
**When Recorded Mail To:**
NAME: Krystie Sor, Senior Paralegal (FSA)
MAILING ADDRESS:
U.S. Attorney's Office
14th Floor, Asset Forfeiture Section
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## RECORDING OF LIS PENDENS

Titleholder: Caroline Joanne Herrling

West Hills, CA

APN: 2005 – 012 - 003
Los Angeles County

Please Note: Exempt from the fee per GC 27388.1(a)(2); executed or recorded by a government agency.

EXHIBIT A
3

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN (Cal. Bar No. 190414)
 4  Assistant United States Attorney
    Chief, Asset Forfeiture & Recovery Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2727
 7       Facsimile: (213) 894-0142
         E-mail:    Jonathan.Galatzan@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:23-cr-00059-MEMF |
|---|---|
| Plaintiff, | **LIS PENDENS** |
| v. | |
| CAROLINE JOANNE HERRLING, | |
| Defendant. | |
| CAROLINE JOANNE HERRLING, | |
| Titleholder. | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is ███████████████ West Hills, CA ████, and is more particularly described as follows:

> LOT 3 OF TRACT NO. 23410, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 754, PAGES 24 TO 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, PETROLEUM, GAS AND ALL KINDRED SUBSTANCES AND OTHER MINERALS LYING 500 FEET OR MORE BELOW THE SURFACE OF SAID LAND, BUT WITHOUT ANY RIGHT WHATSOEVER TO THE USE OF THE SURFACE OR THE SUBSURFACE OF SAID LAND TO A DEPT OF 500 FEET FROM SAID SURFACE FOR ANY PURPOSE INCIDENTAL TO THE OWNERSHIP OF SAID SUBSTANCES, AS GRANTED TO KAUFMAN AND BROAD BUILDING COMPANY, A MARYLAND CORPORATION, BY DEED RECORDED OCTOBER 31, 1967, AS INSTRUMENT NO. 2541 IN BOOK D3815 PAGE 207, OFFICIAL RECORDS.

ASSESSOR'S PARCEL NUMBER 2005-012-003.

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the defendant is recorded in the name of Caroline Joanne Herrling, a single woman as her sole and separate property.

Dated: March 15, 2023             Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney
                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  /s/ Jonathan Galatzan
                                  JONATHAN GALATZAN
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture & Recovery
                                          Section

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

<u>**PROOF OF SERVICE BY MAIL**</u>

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On <u>March 15, 2023</u>, I served a copy of: **LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

☒   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>March 15, 2023</u> at Los Angeles, California.

_____
KRYSTLE SOR
Sr. Paralegal, FSA

EXHIBIT A
6

**SERVICE LIST**

Caroline Herrling
███████████████
Canoga Park, CA ████

Caroline Herrling
███████████████
Los Angeles, CA ████

HML Investments
c/o Yanni Raz
15931 Chatsworth Street
Granada Hills, CA 91344

Viceroy Fund LLC
17220 Newhope Street #213
Fountain Valley, CA 92708

FCI Lender Services Inc
8180 East Kaiser Blvd
Anaheim, CA 92808

EXHIBIT A
7