E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:    andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-59-MEMF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| CAROLINE JOANNE HERRLING, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant CAROLINE JOANNE HERRLING ("defendant"), both individually and by and through her counsel of record, hereby jointly request a sentencing continuance:

    1.    Defendant pled guilty and is currently set for sentencing on July 7, 2023, at 10:00am. No previous sentencing continuances have been sought.

    2.    The Probation Office has identified this sentencing as unusually complicated and would like more time to prepare a thorough Presentence Report.

3.  The information the government is contractually permitted to provide to the Probation Office depends on whether or not defendant complied with her obligations under the plea agreement. The government believes defendant has not complied with those obligations, and intends to file a motion asking the Court to declare that defendant breached the plea agreement.

4.  Defendant wishes to analyze the discovery materials that the government believes showed she breached her plea agreement. Defendant hopes that the parties can obviate a motion for a declaration of breach of plea agreement.

5.  The parties hope that a continuance to September 28, 2023, will allow them sufficient time to resolve this issue among themselves, or by briefing it to the Court sufficiently in advance of sentencing so that the Probation Office has all the information it is entitled to when completing the Presentence Report.

///

Accordingly, the parties jointly request a sentencing continuance to September 28, 2023, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED

Dated: May 11, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Andrew Brown*
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 22, 2023

*Alex Kessel*

ALEX KESSEL
Attorney for Defendant
[By email authorization]