```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-59-MEMF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| CAROLINE JOANNE HERRLING, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, sentencing is continued from July 7, 2023, at 10:00am, to September 28, 2023, at 10:00am.

IT IS SO ORDERED.

_____         _____
 DATE                             UNITED STATES DISTRICT JUDGE


Presented by:

    /s/
_____
ANDREW BROWN
Assistant United States Attorney