E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-59-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S CONCURRENCE WITH THE FINDINGS OF THE PRESENTENCE REPORT |
| v. | |
| CAROLINE JOANNE HERRLING, aka "Carrie Phenix," | |
| Defendant. | |

    The government concurs in the findings of the Presentence Report, and will file its sentencing memorandum separately.

    Federal Rule of Criminal Procedure 32(f) requires the parties to make their objections to the Presentence Report within 14 days of the issuance of that report, and serve them on the probation officer.  Fed.R.Crim.P. 32(f) ("Within 14 days after receiving the presentence report, the parties must state in writing any objections") (emphasis added); USSG § 6A1.2(b) (same).  Here, the PSR was disclosed on August 11, 2023, so any objections to it are due on August 25, 2023.  Cf., Local Criminal Rule 32-3.2 ("Counsel

1

are required to observe strictly the requirements of F.R.Crim.P. 32(f) regarding objections to presentence reports") (emphasis added).

Dated: August 25, 2023  Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ *Andrew Brown*

ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA