UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLINE HERRLING,<br><br>    Defendant. | Case No.: 2:23-cr-00059-MEMF<br><br>**ORDER CONTINUING SENTENCING [ECF NO. 41]**<br><br>**SENTENCING DATE: February 9, 2024** |

The Court has read and considered the Stipulation to Continue Sentencing, filed by the parties in this matter on November 16, 2023. ECF No. 41. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing in this matter, and provide good cause for doing so.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The sentencing hearing for defendant CAROLINE HERRLING is hereby continued to February 9, 2024, at 2:00 p.m. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California for sentencing at that date and time.

2. No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

3. If either party seeks to have any witnesses heard at the sentencing hearing, they should advise the Courtroom Deputy Clerk via email by the Friday before the hearing and indicate whether they request that any of the witnesses be heard via Zoom.

IT IS SO ORDERED.

Dated: November 22, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge