Caroline Herrling's bedroom closet door was covered with firearms:



Caroline Herrling possessed fake law enforcement badges in her residence:



She also had a photocopy of an FBI identification card unsigned but bearing her photograph:



Caroline Herrling purchased a cadaver bag and gloves to transport victim Charles Wilding's body:



Caroline Herrling on the sailboat used to dump Charles Wilding's remains in the S.F. Bay:





**Fidelity National Title Insurance Company**
13737 Noel Road, Suite 100, Dallas, Texas 75240
Tele: 972-770-2931 | E-mail:  Chad.Johnson@fnf.com

Chad A. Johnson
Vice-President
Major Claims Counsel

August 25, 2023

VIA ELECTRONIC MAIL LAVERSOZA@USPIS.GOV

Inspector Lyndon Versoza
Money Laundering Investigations | Los Angeles Division
U.S. Postal Inspection Service
1055 N. Vignes St.
Los Angeles, CA 90012

> RE:   *Claim for Restitution (Caroline Herrling a.k.a. Caroline Phenix)*
> *Our Client:* Fidelity National Title Insurance Company

Dear Mr. Versoza,

I am Vice President and Major Claims Counsel for Fidelity National Title Insurance Company ("Fidelity"), the title insurer to Land Developers and Associates Corporation ("LDA").  I am writing to notify you of Fidelity's claim for restitution.

Fidelity has been an indirect victim of the fraudulent activities committed by Caroline Herrling and Matthew Jason Kroth. On August 21, 2021, LDA entered into a Residential Real Estate Purchase Agreement for certain real property located at 5309 Louise Ave, Encino, CA 91316. The Grant Deed of that property was transferred to LDA and recorded on September 27, 2021. LDA is the bona fide purchaser of the property and at all times during this real estate transaction, LDA believed it was engaged with the true owner of the property, Robert John Tascon and was unaware of any criminal actions by Caroline Herrling and Matthew Jason Kroth.  Fidelity insured LDA's title on the property.  Fidelity issued a $3,500,000.00 Owner's Policy of Title Insurance in connection with LDA's purchase.

On or around October 2021, LDA was informed Mr. Tascon claimed the real estate transaction was fraudulent and Mr. Tascon did not have any knowledge of the sale of the property to LDA.  As a result of Tascon's claim, Fidelity engaged counsel and investigators to assist in investigating Tascon's claim.  In addition, Fidelity retained counsel for LDA who filed a Quite Title action on behalf of LDA in Los Angeles County Superior Court (LASC CASE NO. 22STCV17309). During initial discovery performed in this case, it became apparent both Caroline Herrling and Matthew

Inspector Lyndon Versoza
August 25, 2023
Page 2 of 2

Jason Kroth played significant roles in this transaction. The complaint was later amended to name these individuals as defendants. On September 11, 2022, Robert Tascon passed away in Texas. In March 2023, LDA reached a resolution with the Estate of Mr. Tascon and was able to clear the title on the property.  As part of the settlement, Mr. Tascon assigned all rights to any recovery that can be obtained as a result of the fraud to LDA.

As a direct result of fraudulent activities committed by Caroline Herrling and Matthew Jason Kroth, Fidelity incurred the following costs perfecting title for LDA:

| Category | Amount of Loss |
|---|---|
| Investigation Costs | $48,053.66 |
| Attorneys' Fees | $365,624.52 |
| Settlement Payment | $200,000 |
| **Total** | **$613,678.18[1]** |

For the foregoing reasons, Fidelity is entitled to a restitution for the costs incurred due to fraudulent activities committed by Herrling and Kroth. As such, we respectfully request that you add Fidelity to the list of victims entitled to restitution in this case.

Please let me know if you have any questions or you need any additional information.

Sincerely,

FIDELITY NATIONAL TITLE INSURANCE COMPANY

Chad A. Johnson
Vice President and Major Claims Counsel

---

[1] Documentation in support of the claim can be provided upon request.

June 12, 2023

Superior Court of the State of California for the County of Los Angeles, Central District

It is with much sadness and emotion that we write this letter. Our cousin, Charles Wilding, "Chuckie", has always been a bit of a recluse and very shy in nature. His father died when he was a child and he has led a very sheltered life living with his mother in Sherman Oaks until her passing in 2017.  He would come to spend family visits and occasional summers  with us when he was young, and we would spend time at his home for family visits and functions. For a time period of several years during his teens his mother had a conservatorship of Chuckie as he was not able to manage his financial affairs.  Financially secure, through an inheritance from his father, he never needed to work and was able to attend colleges taking whatever subjects interested him for his own enrichment but never choosing to obtain a degree.  We used to tease Chuckie asking him if he was sure he didn't have an accidental degree or two with all the years of college classes he has taken. He has always been a bit of a hermit and kept to himself except for school.  As an adult we would only see Chuckie when he would come to San Diego to visit our grandmother with his mother and a few times for family events. He has always been a sweet, shy, big bear of a man.

We do not know how Ms. Herrling became involved with Chuckie but he was probably an easy target for her to take advantage of and take over his assets after his mother's death. Ms. Herrling has shown herself to be ruthless and brazen in her attempts to take over his finances, lying, forging documents, and coercing others to lie on her behalf regarding him. Our Aunt and Chuckie's previously lovely home in Sherman Oaks is now a ruined shell with all of their belongings removed. Their bank accounts have been emptied and their stocks and bonds stolen by Ms. Herrling.

Most importantly is that the whereabouts of Chuckie remain unknown.  Although we would prefer to believe he is just in another town still taking college classes; law enforcement is sure that he is deceased and that Ms. Herrling has knowledge of the circumstances and location of his death and may have had a hand in it herself. It is quite shocking to our families to hear about all that has happened and that Ms. Herrling may be responsible for Chuckie's death. She has shown herself to be ruthless, uncaring and dangerous with no remorse for her actions. The items found in her home when searched show that she is engaged in numerous illegal and violent activities.  Any person in the community could be at risk of personal harm or death from her actions. For these reasons we are asking that she receive the maximum sentence allowed.

Respectfully,

Cousins of Charles Wilding (submitted by Larry Eckert)

**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

**Page 1 of 2**

| CASE NUMBER | PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 3816278-IMT | Los Angeles | Alameda | 5/15/2023 | 1:30 PM | 2:00 PM |

| SUBMITTING EMPLOYEE | WRN | ACTIVITY TYPE |
|---|---|
| 6098 | Interview |

| REPORT TITLE |
|---|
| May 15, 2023 Telephonic Interview of Travis Hartgraves |

**DETAILS**

1. On May 15, 2023, at approximately 1:30 PM Pacific Time, I interviewed Travis Hartgraves telephonically. Also present on the call was AUSA Andrew Brown.  Mr. Hartgraves worked for Ladyman Law Offices in Texas was the case manager for the Robert Tascon.  Ladyman Law Offices represents the estate of Robert Tascon.

2. During the interview, Mr. Hartgraves provided the following information:

3. Mr. Hartgraves stated that Mr. Tascon came from a wealthy family.  His family set up two trusts in California before 2018.  Because of the trusts, Mr. Tascon did not work and had enough money to spend freely. However, Mr. Tascon fell into bad company and developed an alcohol problem.  To distance himself from negative influences and his destructive lifestyle, in 2018, Mr. Tascon's girlfriend, Miracle Williams, convinced him to move to Abilene, Texas.

4. Mr. Tascon owned two properties in California.  The first property, located in Van Nuys, was occupied by a squatter who refused to leave and eventually caused a fire that destroyed the house. As a result, the Van Nuys property was sold at a significant financial loss. The second house was the house in Encino on Louise. Mr. Tascon did not want to sell the Encino house but Olivia Curren took occupancy and squatted in the property.  The neighbors often called the police for drugs and gang activity at the house.  The house was run down, but it was in a beautiful exclusive area in Encino.  The comps for the Encino house at the time showed values of $2.5 to $3.5 M.  However because of the squatting situation, Mr. Tascon was unable to sell the home.  Mr. Tascon filed a lawsuit to evict Ms. Curren.  Mr. Tascon attempted suicide in 2021.  He was placed on anti-depression medication and Mr. Tascon was committed for about 2 weeks to a treatment center.  After his discharge from treatment, Ms. Williams and her father provided constant support and supervision to ensure Mr. Tascon was never alone.

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

**Law Enforcement Sensitive**
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 2 of 2

5. The squatter counter-sued for a Temporary Restraining Order, which failed. The squatter suit ended in August of 2021. In September 2021, the Encino home was fraudulently sold. Concerned neighbors contacted Travis to express their gratitude for the apparent resolution of drug and gang issues at the property. It was through this communication that Mr. Tascon discovered the fraudulent sale of his home. Because of the timing and legal battle, Mr. Tascon believed there was a long-term plan to fraudulently sell the property. The house was the last thing and asset he had to his name (although he still had monthly payments from the trusts). Mr. Hartgraves said, "The fraudulent sale just about crashed him." The only time he was left alone by Ms. Williams and her father, he committed suicide.

6. Mr. Hartgraves, who had extensive involvement in the discovery process for the lawsuits, observed Mr. Tascon's fluctuating emotional state. Mr. Hartgraves said that Mr. Tascon would be in a good mood, then down in the dumps. Mr. Tascon told him that "I am never going to get my house back." The fraudulent sale of his home was the final straw; it consumed him. The lawsuit was more than he could deal with. Mr. Tascon did not know the people listed in the fraudulent sale of his house, like Janice Yeh and Jason Kroth. Mr. Tascon left a will bequeathing his assets to Ms. Williams, however with the fraudulent sale of the Encino home, he had nothing left to leave Ms. Williams.

7. Mr. Hartgraves law firm were engaged in a legal battle against the buyer of the Encino home; however, after Mr. Tascon's death, they did not have any funding to continue the legal fight. Mr. Hartgraves firm negotiated a small settlement for Mr. Tascon's estate.

## REFERENCE

1. Travis Hartgraves, Case Manager, Ladyman Law Offices PC, 541 East South 11th Street, Suite 102, Abilene, Texas   79602 (325) 676 1775, thartgraves@ladymanlaw.net
2. Miracle Williams, (Robert Tascon's girlfriend) ██████████

END OF REPORT

| SUBMITTING EMPLOYEE |  WRN | SIGNATURE | DATE SUBMITTED |
|---|---|---|
| 6098 | *Lyndon Versoza* | |
| REVIEWING EMPLOYEE |  WRN | SIGNATURE | DATE REVIEWED |
| | | |

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

**Law Enforcement Sensitive**
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*