Alex R. Kessel, Esq. (State Bar No. 110715)
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Email: KesselLawFirm@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>CAROLINE HERRLING<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:23-cr-00059-MEMF |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1) Ex Parte Application for Order Sealing Document
2) [Proposed] Order Sealing Document
3) Document
4) Supporting Exhibits

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 26, 2024                                    /s/ Alex R. Kessel
Date                                                Attorney Name
                                                    Defendant Caroline Herrling
                                                    Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING