E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLINE JOANNE HERRLING,<br>  aka "Carrie Phenix,"<br><br>       Defendant. | No. 2:23-CR-59-MEMF<br><br>GOVERNMENT'S BRIEF ON THE RIGHTS OF CRIME VICTIM MIRACLE WILLIAMS; EXHIBITS<br><br>Sentencing: February 9, 2024<br>            2:00 p.m. |

    18 U.S.C. Section 3771 provides for certain rights for crime victims, including the right to allocute at sentencing.  18 U.S.C. Section 3771(a)(4) (crime victims have the "right to be reasonably heard at any public proceeding in the district court involving . . . sentencing").  It provides that:

> The term "crime victim" means a person directly and proximately harmed as a result of the commission of a Federal offense . . . .
>
> In the case of a crime victim who is . . . deceased, the . . . representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter . . . .

1

18 U.S.C. 3771(e)(2)(A) and (B). Here, Miracle Williams qualifies under both definitions, but only needs to qualify under one to have the right to address this Court at sentencing.

Miracle Williams was the common-law wife of Robert Tascon. She was also the heir of his will. Finally she had medical power of attorney over him. (Exhs. pages 1 and 5).

It is undisputed that defendant stole the identity of Robert Tascon and used it to sell his house and only asset without his consent, using the proceeds to purchase a different house for herself and paying off the co-conspirators who helped her. (PSR 42-47.) The theft of his house, and the stress and expense of bringing a lawsuit in a vain attempt to regain his lost property, caused Robert Tascon extreme mental anguish, resulting in his suicide. (Exhs. pages 2 and 5: "The fraudulent sale of his home was the final straw; it consumed him".)

Miracle Williams is a crime victim under Section 3771(e)(2)(A) because she was directly and proximately harmed by defendant's theft of Robert Tascon's house. Ms. Williams was the heir to Mr. Tascon's estate and received essentially nothing because defendant deprived Mr. Tascon and Ms. Williams of Mr. Tascon's house. (Exh. page 5: "Mr. Tascon left a will bequeathing his assets to Ms. Williams, however with the fraudulent sale of the Encino home, he had nothing left to leave Ms. Williams."). Cf., United States v. Santarelli, 604 Fed.Appx. 164, 169 (3rd Cir. 2015) (rejecting defendant's claim in the sentencing context that "the only victim is Striminsky's estate" and affirming the district court's counting as victims all "the beneficiaries in the will" who received nothing due to the fraud).

Miracle Williams is also a crime victim under Section 3771(e)(2)(B) because Robert Tascon is dead, so the Court must instead hear from "representatives of the crime victim's estate," i.e., Miracle Williams the beneficiary of Robert Tascon's will, "family members," i.e., Miracle Williams the common-law wife of Robert Tascon, "or any other persons appointed as suitable by the court," i.e. Miracle Williams who so poignantly mourns his loss.

Incredibly, defendant refuses to acknowledge Ms. Williams as a victim of her offense, and seeks to silence her. Her efforts to do so are neither lawful nor humane. Ms. Williams is entitled to allocute before the Court and requests permission to do so by telephone or videoconference as she resides in Texas.

Dated: February 1, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Andrew Brown*
_____
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA