

**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 1 of 3

| CASE NUMBER | PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 3816278-IMT | Los Angeles | Alameda | 1/30/2024 | 12:58 PM | 1:47 PM |
| SUBMITTING EMPLOYEE | WRN | ACTIVITY TYPE ||||||
| 6098 | Interview |||||
| REPORT TITLE ||||||
| January 30, 2024, Telephonic Interview of Miracle Williams ||||||

## DETAILS

1. On January 30, 2024, Assistant United States Attorney Andrew Brown and I interviewed Miracle Williams by phone.  This report is a summary of our interview and discusses her relationship with her husband, Robert Tascon, and the impact the fraud had on their lives.  Miracle Williams also provided additional investigative information which is not included in this report.  In summary, Miracle said the following:

2. Miracle was with Robert Tascon for 4.5 years.  They met online and hit it off. They were married under Texas common law.  She also had medical power of attorney over Robert because he had a heart murmur.  He moved to Texas to be with Miracle and to start over from hard times in Los Angeles.  Robert told Miracle that she had saved him.  No man had ever loved Miracle the way Robert did.  He used to write her notes and poems.  He kept everything personal Miracle discarded as a memento of her, like a broken nail or clothing tags.  Robert never raised his voice to her.  He was patient and kind and helped Miracle with her anxiety.  He would talk with her at all hours of the night and let her fall sleep on him so that she felt safe.  Robert drove Miracle to see her grandmother when she was dying, and then helped Miracle with her grief.  Miracle would cry herself to sleep and Robert would stay up with her to make sure she was okay.  Robert got Miracle's name tattooed over his heart, and Miracle got Robert's tattooed there as well.  Robert's father was a heart surgeon

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

Law Enforcement Sensitive
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

001



**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

who left Robert property.  Robert said he wanted to spread the blessings that his father left him.  He was generous and said that keeping too much money for yourself was a sin, like gluttony.

3. Robert had some mental issues, but they were not that bad at first.  He planned to buy property in Texas and wanted to sell the property he had in California to start his life over with Miracle.  But he could not sell the property because there was a tenant problem.  When Robert thought, his lawyers were going to evict the tenant, he learned that his property had been sold by someone who had his personal details.  Robert looked "defeated and distraught."  He worried that more problems would arise because of the people who had his information. The situation was "just too much: the time, the hassle, the stress and the fear of not knowing who was behind it." Sometimes he seemed paranoid, and worried that people would get hurt.  Paying for the lawsuit to try to get back the property was expensive.  Robert felt helpless.  He wanted to start over in Texas but felt like he would not be free of the trouble he had had in California.  The theft of his property and the lawsuit over it "fucked up my baby."  Robert always spoke about the stress of the theft and lawsuit, and worried what would happen to his identifying information, which he knew criminals had.  Sometimes he would sit like in a trance, ignoring everyone else in the room.  Robert started to keep things on the inside, it affected him almost physically.  He hated the situation but felt helpless and defeated.  He felt like the theft of his property was preventing him from restarting his life.

4. Miracle asked Robert to go to an out-of-town party with her, but Robert wanted to stay home to take care of their dogs.  When they were apart, "Robert did what he did."  When

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

002

Law Enforcement Sensitive
This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.



**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 3 of 3

Miracle came home, their garage was covered with blood. She asked for a crime-scene cleaner to come, but no one did. Miracle got a hose, push broom and scrub brush and washed away "my baby's blood and pieces of his brain" for three to four hours, "crying and praying." Miracle did not have enough money for funeral arrangements, "so I cremated my baby, and put his ashes into a necklace." Afterwards, Miracle was so distraught that she overdosed on sleeping pills and was taken to the hospital, and then an in-patient mental health hospital. Miracle has not recovered. She is constantly reminded of Robert by places they went, and friends they knew, or even people who resemble Robert. Now, "I stay in the house, I have trouble going into a store by myself." "I stay on the phone with my mother most of the day because my anxiety is so bad." Miracle would like therapy but cannot afford it. She finds solace at church and wants to read the Bible. On the one-year anniversary of Robert's death, Miracle got his favorite-colored balloons, and released them to heaven with a note to Robert.

## REFERENCE

1. Miracle Williams, [phone number redacted]
2. Robert Tascon, deceased husband of Miracle Williams

END OF REPORT

| SUBMITTING EMPLOYEE \| WRN | SIGNATURE | DATE SUBMITTED |
|---|---|---|
| 6098 | *Lyndon Versoza* | 1/30/2024 |
| REVIEWING EMPLOYEE \| WRN | SIGNATURE | DATE REVIEWED |
|  |  |  |

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

Law Enforcement Sensitive
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 1 of 2

| CASE NUMBER \| PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 3816278-IMT | Los Angeles | Alameda | 5/15/2023 | 1:30 PM | 2:00 PM |
| SUBMITTING EMPLOYEE \| WRN | ACTIVITY TYPE | | | | |
| 6098 | Interview | | | | |
| REPORT TITLE | | | | | |
| May 15, 2023 Telephonic Interview of Travis Hartgraves | | | | | |

## DETAILS

1. On May 15, 2023, at approximately 1:30 PM Pacific Time, I interviewed Travis Hartgraves telephonically. Also present on the call was AUSA Andrew Brown. Mr. Hartgraves worked for Ladyman Law Offices in Texas was the case manager for the Robert Tascon. Ladyman Law Offices represents the estate of Robert Tascon.

2. During the interview, Mr. Hartgraves provided the following information:

3. Mr. Hartgraves stated that Mr. Tascon came from a wealthy family. His family set up two trusts in California before 2018. Because of the trusts, Mr. Tascon did not work and had enough money to spend freely. However, Mr. Tascon fell into bad company and developed an alcohol problem. To distance himself from negative influences and his destructive lifestyle, in 2018, Mr. Tascon's girlfriend, Miracle Williams, convinced him to move to Abilene, Texas.

4. Mr. Tascon owned two properties in California. The first property, located in Van Nuys, was occupied by a squatter who refused to leave and eventually caused a fire that destroyed the house. As a result, the Van Nuys property was sold at a significant financial loss. The second house was the house in Encino on Louise. Mr. Tascon did not want to sell the Encino house but Olivia Curren took occupancy and squatted in the property. The neighbors often called the police for drugs and gang activity at the house. The house was run down, but it was in a beautiful exclusive area in Encino. The comps for the Encino house at the time showed values of $2.5 to $3.5 M. However because of the squatting situation, Mr. Tascon was unable to sell the home. Mr. Tascon filed a lawsuit to evict Ms. Curren. Mr. Tascon attempted suicide in 2021. He was placed on anti-depression medication and Mr. Tascon was committed for about 2 weeks to a treatment center. After his discharge from treatment, Ms. Williams and her father provided constant support and supervision to ensure Mr. Tascon was never alone.

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

004

Law Enforcement Sensitive
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 2 of 2

5. The squatter counter-sued for a Temporary Restraining Order, which failed.  The squatter suit ended in August of 2021.  In September 2021, the Encino home was fraudulently sold.  Concerned neighbors contacted Travis to express their gratitude for the apparent resolution of drug and gang issues at the property.  It was through this communication that Mr. Tascon discovered the fraudulent sale of his home.  Because of the timing and legal battle, Mr. Tascon believed there was a long-term plan to fraudulently sell the property.  The house was the last thing and asset he had to his name (although he still had monthly payments from the trusts). Mr. Hartgraves said, "The fraudulent sale just about crashed him."  The only time he was left alone by Ms. Williams and her father, he committed suicide.

6. Mr. Hartgraves, who had extensive involvement in the discovery process for the lawsuits, observed Mr. Tascon's fluctuating emotional state.  Mr. Hartgraves said that Mr. Tascon would be in a good mood, then down in the dumps.  Mr. Tascon told him that "I am never going to get my house back." The fraudulent sale of his home was the final straw; it consumed him.  The lawsuit was more than he could deal with.  Mr. Tascon did not know the people listed in the fraudulent sale of his house, like Janice Yeh and Jason Kroth.  Mr. Tascon left a will bequeathing his assets to Ms. Williams, however with the fraudulent sale of the Encino home, he had nothing left to leave Ms. Williams.

7. Mr. Hartgraves law firm were engaged in a legal battle against the buyer of the Encino home; however, after Mr. Tascon's death, they did not have any funding to continue the legal fight.  Mr. Hartgraves firm negotiated a small settlement for Mr. Tascon's estate.

**REFERENCE**

1. Travis Hartgraves, Case Manager, Ladyman Law Offices PC, 541 East South 11th Street, Suite 102, Abilene, Texas   79602 (325) 676 1775, thartgraves@ladymanlaw.net
2. Miracle Williams, (Robert Tascon's girlfriend) ███████

END OF REPORT

| SUBMITTING EMPLOYEE \| WRN | SIGNATURE | DATE SUBMITTED |
|---|---|---|
| 6098 | *Lyndon Versoza* | |
| REVIEWING EMPLOYEE \| WRN | SIGNATURE | DATE REVIEWED |
| | | |

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

Law Enforcement Sensitive
This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.

005