**UNITED STATES POSTAL INSPECTION SERVICE**
**IS FORM 75 – REPORT OF ACTIVITY**

Page 1 of 3

| CASE NUMBER \| PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 3816278-IMT | Los Angeles | Alameda | 1/30/2024 | 12:58 PM | 1:47 PM |
| SUBMITTING EMPLOYEE \| WRN | ACTIVITY TYPE | | | | |
| 6098 | Interview | | | | |
| REPORT TITLE | | | | | |
| January 30, 2024, Telephonic Interview of Miracle Williams | | | | | |

## DETAILS

1. On January 30, 2024, Assistant United States Attorney Andrew Brown and I interviewed Miracle Williams by phone. This report is a summary of our interview and discusses her relationship with her husband, Robert Tascon, and the impact the fraud had on their lives. Miracle Williams also provided additional investigative information which is not included in this report. In summary, Miracle said the following:

2. Miracle was with Robert Tascon for 4.5 years. They met online and hit it off. They were married under Texas common law. She also had medical power of attorney over Robert because he had a heart murmur. He moved to Texas to be with Miracle and to start over from hard times in Los Angeles. Robert told Miracle that she had saved him. No man had ever loved Miracle the way Robert did. He used to write her notes and poems. He kept everything personal Miracle discarded as a memento of her, like a broken nail or clothing tags. Robert never raised his voice to her. He was patient and kind and helped Miracle with her anxiety. He would talk with her at all hours of the night and let her fall sleep on him so that she felt safe. Robert drove Miracle to see her grandmother when she was dying, and then helped Miracle with her grief. Miracle would cry herself to sleep and Robert would stay up with her to make sure she was okay. Robert got Miracle's name tattooed over his heart, and Miracle got Robert's tattooed there as well. Robert's father was a heart surgeon

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

Law Enforcement Sensitive
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

who left Robert property.  Robert said he wanted to spread the blessings that his father left him.  He was generous and said that keeping too much money for yourself was a sin, like gluttony.

3. Robert had some mental issues, but they were not that bad at first.  He planned to buy property in Texas and wanted to sell the property he had in California to start his life over with Miracle.  But he could not sell the property because there was a tenant problem.  When Robert thought, his lawyers were going to evict the tenant, he learned that his property had been sold by someone who had his personal details.  Robert looked "defeated and distraught."  He worried that more problems would arise because of the people who had his information. The situation was "just too much: the time, the hassle, the stress and the fear of not knowing who was behind it." Sometimes he seemed paranoid, and worried that people would get hurt.  Paying for the lawsuit to try to get back the property was expensive.  Robert felt helpless.  He wanted to start over in Texas but felt like he would not be free of the trouble he had had in California.  The theft of his property and the lawsuit over it "fucked up my baby."  Robert always spoke about the stress of the theft and lawsuit, and worried what would happen to his identifying information, which he knew criminals had.  Sometimes he would sit like in a trance, ignoring everyone else in the room.  Robert started to keep things on the inside, it affected him almost physically.  He hated the situation but felt helpless and defeated.  He felt like the theft of his property was preventing him from restarting his life.

4. Miracle asked Robert to go to an out-of-town party with her, but Robert wanted to stay home to take care of their dogs.  When they were apart, "Robert did what he did."  When

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

**Law Enforcement Sensitive**
*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*

Miracle came home, their garage was covered with blood. She asked for a crime-scene cleaner to come, but no one did. Miracle got a hose, push broom and scrub brush and washed away "my baby's blood and pieces of his brain" for three to four hours, "crying and praying." Miracle did not have enough money for funeral arrangements, "so I cremated my baby, and put his ashes into a necklace." Afterwards, Miracle was so distraught that she overdosed on sleeping pills and was taken to the hospital, and then an in-patient mental health hospital. Miracle has not recovered. She is constantly reminded of Robert by places they went, and friends they knew, or even people who resemble Robert. Now, "I stay in the house, I have trouble going into a store by myself." "I stay on the phone with my mother most of the day because my anxiety is so bad." Miracle would like therapy but cannot afford it. She finds solace at church and wants to read the Bible. On the one-year anniversary of Robert's death, Miracle got his favorite-colored balloons, and released them to heaven with a note to Robert.

## REFERENCE

1. Miracle Williams, [phone number redacted]
2. Robert Tascon, deceased husband of Miracle Williams

END OF REPORT

| SUBMITTING EMPLOYEE \| WRN | SIGNATURE | DATE SUBMITTED |
|---|---|---|
| 6098 | *Lyndon Versoza* | 1/30/2024 |
| REVIEWING EMPLOYEE \| WRN | SIGNATURE | DATE REVIEWED |
|  |  |  |

IS Form 75
Report of Activity
Updated 6.2.2023
All previous versions of this form are obsolete

Law Enforcement Sensitive

*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*