ALEX R. KESSEL, ESQ. (State Bar No. 110715)
LAW OFFICES OF ALEX R. KESSEL
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant,
**CAROLINE HERRLING,**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CAROLINE HERRLING,**<br><br>Defendant. | CASE NO.: 2:23-cr-00059-MEMF<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S BRIEF ON THE RIGHTS OF CRIME VICTIM MIRACLE WILLIAMS**<br><br>DATE:  February 9, 2024<br>TIME:   3:00 p.m.<br>COURT: Courtroom of the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge |

TO THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG, JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant CAROLINE HERRLING, by and through her attorney of record, Alex R. Kessel, responds to the Government's Brief on the Rights of Crime Victim Miracle Williams as follows:

1) Defendant has no objection to the Court hearing from any alleged crime victim.

2) Defendant contests the government's attempt to connect Robert Tascon's suicide with the conduct of the defendant.

3) Defendant has been provided no evidence that Robert Tascon's death was a result of suicide.

4) Defendant would request the opportunity to address all issues related to Robert Tascon at the time of sentencing.

5) Defendant has always accepted responsibility for her criminal conduct.

DATED: February 1, 2024                    Respectfully submitted,

                                                                       s/ Alex R. Kessel
                                                                       **ALEX R. KESSEL**
                                                                       Attorney for Defendant,
                                                                       **CAROLINE HERRLING**