ALEX R. KESSEL, ESQ. (State Bar No. 110715)
LAW OFFICES OF ALEX R. KESSEL
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant,
**CAROLINE HERRLING**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CAROLINE HERRLING,**<br><br>Defendant. | **CASE NO.: 2:23-cr-00059-MEMF**<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF SENTENCING HEARING; PROPOSED ORDER**<br><br>**Current Hearing Date: February 9, 2024**<br>**Current Hearing Time: 3:00 p.m.**<br><br>**Proposed Hearing Date: March 15, 2024**<br>**Proposed Hearing Time: 2:00 p.m.** |

Defendant CAROLINE HERRLING, individually and by and through her attorney of record, Alex R. Kessel, submits this ex parte application for a continuance of the sentencing hearing currently set for February 9, 2024, at 3:00 p.m. The grounds for the continuance are as follows:

1. Defense counsel is currently engaged in trial in the matter of *People v. James Birth, Case No. TA157373* in Department G of the Los Angeles County Superior Court, Compton Courthouse. The defendant is charged with murder and conspiracy to commit murder. We are currently in jury selection. The Court is under time constraints to finish the trial by February 15, 2024, before the Court goes on vacation.

The Court will be in session every court day before February 15, 2024, from 9:30 a.m. to 4:30 p.m. The Court needs everyday from now to February 15, 2024 to finish the case, especially since Monday, February 12, 2024 is a dark day for the state holiday.

2. Counsel needs more time to prepare and file defendant's reply to the government's sentencing position papers.

3. Defendant submits there are multiple contested issues to be considered by the Court and estimates the sentencing hearing in this matter to last two to three hours.

4. Defendant concurs with this requested continuance.

5. Although the assigned Assistant United States Attorney, Andrew Brown, opposes this request to continue, he did inform the Court that he is available for a sentencing hearing on March 15, 2024.

Based on the foregoing, counsel for defendant respectfully requests that the currently scheduled sentencing date be continued from February 9, 2024, at 3:00 p.m., to March 15, 2024, at 2:00 p.m.

DATED: February 5, 2024

Respectfully submitted,

s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
**CAROLINE HERRLING**