Alex R. Kessel, Esq. (State Bar No. 110715)
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Email: KesselLawFirm@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>CAROLINE HERRLING<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-cr-00059-MEMF |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  **(List Documents)**

1) Ex Parte Application for Order Sealing Document
2) [Proposed] Order Sealing Document
3) Document
4) Supporting Exhibits

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| 03/01/2024 | /s/ Alex R. Kessel |
|---|---|
| Date | Attorney Name |
| | Defendant Caroline Herrling |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*